UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREGORY CHRYSLER,                                    :

                                                     :          ORDER
                    Plaintiff,                                  07 Civ. 8474 (JSR) (GWG)
                                                     :

     -v.-                                            :

                                                     :

G. GUINEY,                                           :
                    Defendant.                       :
------------------------------------------------------------X

JED S. RAKOFF, United States District Judge

        This case is a habeas corpus petition arising from a conviction in Orange County.  It
was transferred to this Court from the United States District Court for the Western District of
New York.  Upon the receipt of the transferred case, the Clerk's Office in this district completed
a civil cover sheet designating the Foley Square courthouse as the place of assignment.

        Under Rule 25 of the Local Rules for the Division of Business among District Judges,
however, "[d]istrict judges assigned to White Plains will receive writs of habeas corpus arising
out of state convictions obtained in the count[y] of . . . Orange."  Accordingly, this case is
ordered transferred to the White Plains courthouse for random assignment of a District Judge and
the designation of a Magistrate Judge.

        The Order of Reference (Docket # 1) is hereby vacated.

        SO ORDERED.

Dated:  October 11, 2007
        New York, New York


                                                     _____
                                                     JED S. RAKOFF
                                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-12-07