UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

Gregory Chrysler,                              :

              Petitioner,    :        07CV8474(KMK)(LMS)

    -against-                                 :        ORDER

G. Guiney, Acting Superintendent,              :
Five Points Correctional Facility,                      JAN 2 8 2008
              Respondent.    :
------------------------------------------------x

LISA MARGARET SMITH, United States Magistrate Judge,

    Upon the petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, dated August 8, 2007 a copy of which was served on October 23, 2007, it is hereby ORDERED that:

    1. Within sixty (60) days of the date of this order, respondent shall serve a copy of his answer to the petition on the petitioner herein and file the original thereof with proof of service with the Clerk of this Court in White Plains, New York;

    2. Respondent shall also submit the transcript of the trial and copies of all briefs, memoranda, etc. and decisions on appeal or in connection with proceedings pursuant to New York Criminal Procedure Law Article 440;

    3. Petitioner, within thirty (30) days after the filing of the answer, shall serve upon respondent's attorney and file his reply to the answer, if any, with the Clerk of this Court in White Plains, New York; and

    4. Service of a copy of this Order shall be made by the Clerk of this Court by regular mail to Counsel for the petitioner, G. Guiney, Acting Superintendent of Five Points Correctional Facility, and to the Attorney General of the State of New York, 120 Broadway, New York, New York 10271, and, together with a copy of the petition, to the District Attorney of Orange County, County Government Center, Goshen, New York 10924.

Dated: January 28, 2008
White Plains, New York

                                                      LISA MARGARET SMITH
                                                      United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____