# SUSSMAN & WATKINS
## - Attorneys at Law -

MICHAEL H. SUSSMAN  
CHRISTOPHER D. WATKINS

40 PARK PLACE, P.O. BOX 1005  
GOSHEN, NEW YORK 10924

LEGAL ASSISTANTS  
GEORGE FIGUEROA  
VIRGINIA ESPOSITO

(845) 294-3991  
Fax: (845) 294-1623  
sussman1@frontiernet.net





4/28/08

Hon. Lisa Margaret Smith  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

    re: **Chrysler v. Guiney**, 07 CV 8474 (KMK)(LMS)

Dear Judge Smith,

I represent petitioner in the within matter. The People served their response to the petition on or about April 2, 2008. Per the terms of this Court's order entered on January 28, 2008, my reply is due on May 2, 2008.

Due to trials and other deadlines, as well as the fact that, to date, the respondent has not submitted the trial transcript, I am respectfully requesting an enlargement until June 1, 2008 to file the reply in this matter.

Thank you for your consideration in this regard.

Respectfully,

|s|  
Michael H. Sussman

cc: Andrew R. Kass, Esq., Office of Orange County District Attorney



[Handwritten margin annotations: "Motion granted. So Ordered. R.P. Maguire 5-10-08"; "Motion due"; "Deemed"]